Daniel M. Cislo, Esq., No. 125,378
  dan@cislo.com
Mark D. Nielsen, Esq., No. 210,023
  mnielsen@cislo.com
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401-1211
Telephone: (310) 451-0647
Telefax: (310) 394-4477

Attorneys for Plaintiffs, ALEX HALL and
TRITON IMPORTS, INC. dba
TRITON INTERNATIONAL

Glenn J. Dickinson, Esq., No. 159,753
  gdickinson@nchc.com
Brook J. Carroll, Esq., No. 210,659
  bcarroll@nchc.com
NORDMAN CORMANY HAIR & COMPTON LLP
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036
Telephone: (805) 485-1000
Telefax: (805) 988-8387

Attorney for Defendants,
MARINA PRODUCE INTERNATIONAL
dba MARINA PRODUCE BROKERS and
JULIO LEDEZMA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRITON IMPORTS, INC. dba TRITON INTERNATIONAL, a California corporation, and ALEX HALL, an individual,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>MARINA PRODUCE INTERNATIONAL dba MARINA PRODUCE BROKERS, a California business entity of unknown status, JULIO LEDEZMA, an individual, and DOES 1-9,<br><br>　　　　Defendants. | CASE NO. CV 07-4613 PSG (MANx)<br><br>[Hon. Philip S. Gutierrez]<br><br>**PERMANENT INJUNCTION AND ORDER OF DISMISSAL** |

Pursuant to the parties' [Proposed] Stipulated Permanent Injunction and Stipulation of Dismissal the Court hereby enters a Permanent Injunction and Order of Dismissal as follows:

## **Statement Of Facts**

1. Over the past several years, retailers have become interested in product packaging known as clamshells for certain types of fruit such as apples and mangos. As such, Plaintiff Hall designed and developed a clamshell design for certain types of mango, and introduced the same to market within the past several years. Shortly thereafter, Hall applied for and obtained United States Design Patent D506,147 ("'147 Patent") to cover his mango clamshell design, which issued on June 14, 2005, and has since been assigned to Triton.

2. For a time, and since at least as early as April of 2007, Defendants made, used, imported, offered for sale, and/or sold a clamshell that Plaintiffs believe is within the scope of the '147 Patent.

WHEREFORE, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1338(a).

2. Effective immediately, Marina Produce International dba Marina Produce Brokers, its owners, officers, agents, employees and representatives and all persons in active concert or participation with any of them, and Julio Ledezma, agree to immediately cease all manufacture, use, importation, offers to sell, and/or sales of the accused clamshell in this case (shown below) or any clamshell that is a colorable imitation thereof.









3. This injunction shall remain in effect until the '147 Patent expires or is declared invalid by a Court of Law.

4. Plaintiffs and Defendants likewise stipulate that the above-captioned action may be dismissed in its entirety, with prejudice.

4

5. Each party shall bear its own costs, expenses and attorneys' fees incurred in connection with the above-captioned action.

6. The foregoing reflects a settlement of this action pursuant to the terms of a Settlement Agreement by the parties, and the Court retains jurisdiction for purposes of enforcing the Settlement Agreement and this Stipulated Permanent Injunction between the parties.

Respectfully submitted,

CISLO & THOMAS LLP

s/Mark D. Nielsen
Daniel M. Cislo, Esq.
Mark D. Nielsen, Esq.
Attorneys for Plaintiff, ALEX HALL and
TRITON IMPORTS, INC. dba TRITON INTERNATIONAL
Dated: January 3, 2008

NORDMAN CORMANY HAIR & COMPTON LLP

s/Brook J. Carroll
Glenn J. Dickinson, Esq.
Brook J. Carroll, Esq.
Attorney for Defendants, MARINA PRODUCE INTERNATIONAL dba MARINA PRODUCE BROKERS and JULIO LEDEZMA
Dated: January 3, 2008

**IT IS SO ORDERED**.

Date: _____, 2008  _____
Hon. Philip S. Gutierrez
United States District Judge

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2008, I caused to be electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a Notice of Electronic Filing to the following attorney(s) of record:

Glenn J. Dickinson, Esq.
Brook J. Carroll, Esq.
NORDMAN CORMANY HAIR & COMPTON LLP
1000 Town Center Drive, Sixth Floor
Oxnard, CA 93036

                                                    s/Mark D. Nielsen
                                                    Mark D. Nielsen